AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| U.A. Local 342 Apprenticeship & Training Trust Fund | ) | CV 08   2901 |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Fluor Constructors International, Inc. | ) | |
| Defendant | ) | |

PJH

**Summons in a Civil Action**

To: Fluor Constructors International, Inc.
    *(Defendant's name)*

E-filing

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Scott M. De Nardo (California State Bar No. 216749)
NEYHART ANDERSON FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104                              Tel. 415.677.9440

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 1 0 2008

Richard W. Wieking
*Name of clerk of court*

HELEN LA ALMACEN
*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
      _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

| Attorney or Party without Attorney:<br>NEYHART ANDERSON FLYNN & GROSBOLL<br>44 MONTGOMERY STREET<br>SUITE 2080<br>SAN FRANCISCO, CA 94104<br>Telephone No: 415-677-9440    FAX No: 415-677-9445 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: U.A. LOCAL 342 | | | | |
| Defendant: FLUOR CONSTRUCTORS INTERNATIONAL, INC. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2901 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ECF REGISTRATION; COURT INFORMATION SHEET; NOTICE OF AVAILABLILITY OF THE MAGISTRATE JUDGE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION

3. a. Party served:              FLUOR CONSTRUCTORS INTERNATIONAL, INC.
   b. Person served:             BECKY DE GEORGE, AUTHORIZED TO ACCEPT SERVICE; White, Female,
                                 47 Years Old, Blonde Hair, 5 Feet 7 Inches, 170 Pounds

4. Address where the party was served:    CSC LAWYERS INCORPORATING SERVICE
                                          2730 GATEWAY OAKS DRIVE
                                          SUITE 100
                                          SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 27, 2008 (2) at: 11:38AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: FLUOR CONSTRUCTORS INTERNATIONAL, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. DARIN FAIN



   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $28.00
   e. I am: (3) registered California process server
       (i) Employee
       (ii) Registration No.:   2006-45
       (iii) County:            Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Jun. 27, 2008

   (DARIN FAIN)

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS & COMPLAINT

   neyhart.132848