UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST FUND and JAMES WILLIAMS, as Trustee of the above TRUST,<br><br>            Plaintiff(s),<br><br>        v.<br><br>FLUOR CONSTRUCTORS INTERNATIONAL, INC., a California Corporation<br><br>            Defendant(s). | Case No. CV 08-2901 (PJH)<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

   **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

   **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

   **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/28/08

Dated: 8/28/08

[Party]

[Counsel]

American LegalNet, Inc.
www.USCourtForms.com