1   WINSTON & STRAWN LLP
    Charles S. Birenbaum (SBN: 107894)
2   cbirenbaum@winston.com
    Allison M. Dibley (SBN: 213104)
3   adibley@winston.com
    101 California Street, 39th Floor
4   San Francisco, CA 94111-5894
    Telephone: 415-591-1000
5   Facsimile: 415-591-1400

6   Attorneys for Defendant
    FLUOR CONSTRUCTORS INTERNATIONAL, INC.
7
    NEYHART, ANDERSON, FLYNN & GROSBOLL
8   William J. Flynn (SBN 95371)
    Scott M. De Nardo (SBN 216749)
9   44 Montgomery Street, Suite 2080
    San Francisco, CA 94104
10  Telephone: 415-677-9440
    Facsimile: 415-677-9445
11
    Attorneys for Plaintiffs
12  U.A. LOCAL 342 APPRENTICESHIP & TRAINING TRUST
    FUND and JAMES WILLIAMS as Trustee
13

                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16  U.A. LOCAL 342 APPRENTICESHIP &      Case No. CV 08-2901 PJH
    TRAINING TRUST FUND and JAMES
17  WILLIAMS, as Trustee of the above TRUST,   **STIPULATION FOR CONTINUANCE OF
                                          FURTHER CASE MANAGEMENT
18              Plaintiffs,                CONFERENCE AND [~~PROPOSED~~]
                                          ORDER**
19          vs.
                                          DATE:        Oct. 30, 2008
20  FLUOR CONSTRUCTORS               TIME:        2:30 p.m.
    INTERNATIONAL, INC.                   COURTROOM:    3
21
                Defendant.
22

23          WHEREAS, the parties appeared at the initial Case Management Conference on

24  September 18, 2008 and notified the Court that they had reached an agreement to settle the case but

25  were still working out the details of the written settlement agreement;

26          WHEREAS, the Court set a Further Case Management Conference on October 30,

27  2008 at 2:30 p.m.; and

28

    Winston & Strawn LLP
    101 California Street
    San Francisco, CA 94111-5894

1    WHEREAS, the Parties have agreed to, and finalized, a written settlement agreement

2  but, due to travel schedules of counsel and the parties, may not have the agreement completely

3  executed prior to the Further Management Conference scheduled for October 30, 2008.

4    NOW THEREFORE, IT IS STIPULATED by and between the parties to this action

5  through their designated counsel that the Further Case Management Conference should be continued

6  for at least two weeks to give the parties additional time to obtain all required signatures to the

7  written settlement agreement and file their Stipulation for Dismissal With Prejudice.

8  Dated:  October      , 2008          NEYHART, ANDERSON, FLYNN & GROSBOLL

9

10                    By:
                       Scott M. DeNardo
11                     Attorneys for Plaintiffs
                       U.A. LOCAL 342 APPRENTICESHIP &
12                     TRAINING TRUST FUND and JAMES
                       WILLIAMS as Trustee
13

14  Dated:  October 29, 2008            WINSTON & STRAWN LLP

15

16                    By:   /s/ Allison M. Dibley
                       Allison M. Dibley
17                     Attorneys for Defendant
                       FLUOR CONSTRUCTORS INTERNATIONAL,
                       INC.
18

19

20                          **ORDER**

21    The Further Case Management Conference shall be continued to _November 13, 2008_

22  Dated: _10/30/08_____

23                     HON. PHYLLIS J. HAMILTON
                       UNITED STATES DISTRICT COURT JUDGE
24

25

26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT   NORTHERN DISTRICT OF CALIFORNIA